# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Darren James Sabinske, et al.,

      Plaintiffs,                        Civil No. 09-1175 (RHK/JJK)

vs.                                   **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Debt Equities, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 20, 2009

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge